THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEEP9 CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BARNES & NOBLE, INC. and<br>BARNESANDNOBLE.COM, LLC,<br><br>　　　　　Defendants. | No. 11-cv-00035-JLR<br><br>**AMENDED JOINT STATUS REPORT<br>AND DISCOVERY PLAN** |

The parties hereby submit this Joint Status Report and Discovery Plan ("Joint Report") pursuant to Federal Rules of Civil Procedure 16 and 26; this Court's February 3, 2011 Order Regarding Initial Disclosure, Joint Status Report, and Early Settlement; Local Patent Rule 110, and the Court's comments at the April 13, 2011 Scheduling Conference. This Amended Joint Status Report supplants the Joint Status Report filed by the parties on April 4, 2011.

**A.     Nature and Complexity of the Case**

This is a patent infringement action. Plaintiff claims to be the owner of two U.S. patents, U.S. Patent Nos. 5,937,405 and 6,377,951, each entitled "On-Line Database Updating Network System and Method." Defendants market and sell e-reader devices and products, including NOOK and NOOK Color. Plaintiff contends defendants' e-reader products infringe

AMENDED JOINT STATUS REPORT AND DISCOVERY PLAN
(NO. 11-CV-00035-JLR)                                  - 1 -
915589.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

its patents. Defendants deny infringement and have asserted a counterclaim seeking a declaration of patent non-infringement and invalidity.

### B.  ADR Method and Timing

Consistent with Local Rule W.D. Wash. 39.1, the parties have agreed to mediate this case. The parties also agree that mediation would best occur after the Claim Construction hearing and ruling, and have proposed a mediation deadline after the expected date of a claim construction ruling.

### C.  Deadline for Joinder of Additional Parties and Amendment of Pleadings

Neither plaintiff nor defendants anticipate joining additional parties. However, all parties agree that any joinder will be made within 60 days from submission of this Joint Report. The parties do not presently anticipate any further amendments of pleadings; if any such amendments are required, the parties agree to comply with Fed. R. Civ. P. 15.

### D.  Proposed Discovery Plan

#### 1.  Rule 26(f) Conference and Rule 26(a) Initial Disclosures

A Fed. R. Civ. P. 26(f) conference was commenced in New York on March 11, 2011. The parties and their counsel attended in person and via video conference. Participants included Deep9's principal, David Campbell, Plaintiff's counsel Jonathan Selbin, Eric Fastiff, Jennifer Gross, Kim Stephens, and Christian Mammen. In attendance for defendants were Barnes & Noble's Director of Intellectual Property, Jeffrey Snow, and defense counsel A. Antony Pfeffer. The Parties completed their Rule 26(f) conference via email correspondence.

The Parties exchanged initial disclosures simultaneously with the filing of the April 4, 2011 Joint Status Report. The parties do not propose any changes to the timing, form or requirement of Rule 26(a)(1) disclosures.

#### 2.  Subject Matter and Phases of Discovery

Discovery will generally be needed on claim construction, infringement, validity and damages issues, including, *inter alia*, the structure, function and operation of the Accused

AMENDED JOINT STATUS REPORT AND DISCOVERY PLAN
(NO. 11-CV-00035-JLR) - 2 -
915589.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Products, Defendants' sales, licenses associated with Defendants' products, and the marketing of Defendants' products. Discovery will not be bifurcated or conducted in phases, and will not be stayed pending the Claim Construction hearing. The parties will work to structure discovery in line with the Court's instructions regarding limiting the scope of discovery in the early phases of this litigation.

The parties will exchange two rounds of expert reports, with issues to be covered in the opening expert reports being allocated according to which party has the burden of proof. As Plaintiff bears the burden of proof with respect to secondary considerations of non-obviousness, any opinion concerning secondary considerations of non-obviousness will be included in Plaintiff's opening expert report.

### 3. Limitations on Discovery

The parties propose the following modifications to the discovery limitations set forth in the Federal Rules of Civil Procedure:

General: For the purpose of calculating discovery limits, defendants Barnes & Noble, Inc. and barnesandnoble.com, LLC shall be considered one party; thus, the discovery limits provided in this report and in the Federal Rules of Civil Procedure shall be deemed to be per *side*.

Depositions: Rule 30's limit of 10 depositions per side, each deposition to be no more than 7 hours, will apply; however, defendants are authorized to depose David Campbell, the named inventor, for a single 14-hour deposition, on two consecutive or non-consecutive days, counting as a single deposition. The Court may authorize additional depositions for good cause shown. Additionally, the following limitations and qualifications apply:

- Rule 30(b)(6) deposition notices shall be subject to the presumptive 7-hour limit on a per-deposition-notice basis (e.g., regardless of the number of topics in a single Rule 30(b)(6) notice, and regardless of the number of individuals designated by the responding party to testify on the specified topics); a long list

AMENDED JOINT STATUS REPORT AND DISCOVERY PLAN
(NO. 11-CV-00035-JLR)     - 3 -
915589.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

of topics expected to require more than 7 hours of testimony should be distributed among multiple separate deposition notices.

- Deposition exhibits used by each side shall be sequentially numbered; each side shall be allocated a numeric range of exhibit numbers (e.g., Plaintiff has Exhibits 1000-1999 and Defendants have Exhibits 2000-2999); to the extent possible, when the same document is used by a party as an exhibit at multiple depositions, the same exhibit number should be used for that document at each deposition.

**4.  Discovery Management**

    **a.  Discovery of Electronically Stored Information ("ESI")**

The parties are in general agreement that as a default, the production of documents shall be in TIFF format with appropriate load files (either Summation or Concordance compatible, based on the requirements of the receiving party).  The parties are in the process of finalizing an ESI protocol.

    **b.  Confidentiality**

Because some confidential information is likely to be requested and discoverable in this action, the Parties are in the process of final negotiations of a Stipulated Protective Order. Pending entry of the Protective Order, the parties have agreed that confidential information produced in discovery prior to the entry of the Protective Order may be designated "Outside Counsel's Eyes Only," and that any such discovery may not be disclosed by the receiving party to anyone except outside counsel of record in this action, without a Court order.  All such materials would be reproduced or redesignated promptly by the appropriate party after entry of the Protective Order.

**E.  Discovery Completion Date**

The parties propose discovery completion dates as set forth in the proposed case management schedule, below.

AMENDED JOINT STATUS REPORT AND DISCOVERY PLAN
(NO. 11-CV-00035-JLR) - 4 -
915589.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

### F. Denial of Consent to Referral to Magistrate

The parties do not consent to assignment of this case to a United States Magistrate Judge.

### G. Bifurcation

The case will not be bifurcated.

### H. Pretrial Statements and Pretrial Order

The parties do not agree at this time to dispense with pretrial statements and a pretrial order.

### I. Suggestions for Shortening or Simplifying the Case

The parties understand the Court's practice is to usually limit each claim construction hearing to approximately 10 terms. The parties will work to limit the disputed claims to actually be construed by the Court to meet this limit.

### J. Trial

Plaintiff requests a jury trial. The parties propose a trial commencing on the date shown in the proposed case management schedule, below.

### K. Trial Counsel

#### 1. For Plaintiff

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, WSBA #11984
kstephens@tousley.com
Mark Deife, WSBA#15532
mdeife@tousley.com
Chase Alvord, WSBA #26080
calvord@tousley.com
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Phone: 206.682.5600
Fax: 206.682.2992

LAW OFFICE OF CHRISTIAN E. MAMMEN
Christian Mammen WSBA #23493
cmammen@mammenlaw.com
PO Box 9351
Berkeley, CA 94709

AMENDED JOINT STATUS REPORT AND DISCOVERY PLAN
(NO. 11-CV-00035-JLR)      - 5 -
915589.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

```
1    Phone: 510.868.8107
     Fax: 510.868.0293
2
3    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
     Jonathan Selbin (Admitted Pro Hac Vice)
4    jselbin@lchb.com
     Jennifer Gross (Pro Hac Vice to be filed)
5    jgross@lchb.com
     250 Hudson Street, 8th Floor
6    New York, NY 10013-1413
     Phone: 212.355.9500
7    Fax: 212.355.9592

8    Eric B. Fastiff (Admitted Pro Hac Vice)
     efastiff@lchb.com
9    275 Battery Street, 29th Floor
     San Francisco, CA 94111-3339
10   Phone: 415.956.1000
11   Fax: 415.956.1008
     Attorneys for Plaintiff
12
```

13     **2.**     **For Defendants**

```
14   KENYON AND KENYON
15   Richard L. DeLucia (Admitted Pro Hac Vice)
     rdelucia@kenyon.com
16   A. Antony Pfeffer (Admitted Pro Hac Vice)
     apfeffer@kenyon.com
17   One Broadway
     New York, New York 10004
18   Phone: 212.425.7200
19
     DAVIS WRIGHT TREMAINE
20   Marvin L. Gray, Jr., WSBA #5161
     montygray@dwt.com
21   1201 Third Avenue, Suite 2200
     Seattle, WA 98101-3045
22   Phone: 206.622.3150
23   Fax: 206.757.7700
```

24     **3.**     **Service**

25     Service on defendants has been completed.

26

27

AMENDED JOINT STATUS REPORT AND DISCOVERY PLAN
(NO. 11-CV-00035-JLR)   - 6 -
915589.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

**4. Scheduling Conference**

The parties attended a Scheduling Conference with the Court on April 13, 2011, and do not presently believe an additional Scheduling Conference is necessary.

**5. ADDITIONAL TOPICS UNDER LOCAL PATENT RULE 110**

The foregoing states the information required by Local Patent Rule 110(1)-(4) and (13)-(14). This section contains the remaining information required by LPR 110.

**a. Proposed Modification of Patent Rule Deadlines.**

The parties propose deadlines for LPR disclosures as set forth in the proposed case management schedule, below.

**b. Whether Confidentiality Concerns Affect LPR Disclosures**

The parties have addressed this above with respect to confidentiality pending entry of a Stipulated Protective Order.

**c. Tutorial**

The parties believe a tutorial of the subject technology may be helpful for the Court and propose to conduct it in advance of the Claim Construction Hearing. The parties propose a date for the tutorial in the proposed case management schedule, below.

**d. Discovery Prior to LPR 120 Disclosure**

As noted above, discovery will not be stayed.

**e. Preliminary Injunction/Dispositive Motions**

Plaintiff does not presently anticipate moving for summary judgment or a preliminary injunction before the Claim Construction hearing.

**f. Discovery Limitations Related to Claim Construction**

The extent to which expert discovery should occur prior to the Claim Construction hearing will be determined by, and limited to, any experts who are expected to testify live at the Claim Construction hearing or who submit a declaration in support of a parties Claim Construction briefing.

AMENDED JOINT STATUS REPORT AND DISCOVERY PLAN
(NO. 11-CV-00035-JLR) - 7 -
915589.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

### g. Court-Appointed Expert for Claim Construction

The Parties do not believe the Court should appoint an expert to hear and make recommendations on claim construction issues.

### h. Nature of Claim Construction Hearing

The Court has indicated that it will permit live testimony at the Claim Construction hearing, if desired by the parties, but has noted that live testimony is rarely helpful. Moreover, the Claim Construction hearing will be conducted on a term-by-term basis, so live testimony may be cumbersome or ungainly. The parties will work together to limit the amount of live testimony, if any, to be presented at the Claim Construction hearing.

### L. Proposed Case Management Schedule

The parties propose a case management schedule as follows:

| Event | Deadline | Day |
| --- | --- | --- |
| Scheduling Conference | 4/13/2011 | Wed |
| Preliminary Infringement Contentions | 4/29/2011 | Fri |
| Preliminary Invalidity Contentions | 6/10/2011 | Fri |
| Preliminary Claim Chart | 7/22/2011 | Fri |
| Joint Claim Chart | 8/19/2011 | Fri |
| Opening Markman Briefs (both sides) | 9/2/2011 | Fri |
| Markman tutorial hearing | 9/14/2011 | Wed |
| Rebuttal Markman Briefs (both sides) | 9/30/2011 | Fri |
| Markman Hearing | 10/26/2011 | Wed |
| Markman Order Expected | Mid-Dec | |
| ADR Deadline | 2/24/2012 | Fri |
| Fact Discovery Cutoff | 3/16/2012 | Fri |
| Opening Expert Reports | 4/6/2012 | Fri |

AMENDED JOINT STATUS REPORT AND DISCOVERY PLAN
(NO. 11-CV-00035-JLR)        - 8 -
915589.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| Event | Deadline | Day |
|---|---|---|
| Rebuttal Expert Reports | 5/4/2012 | Fri |
| Expert Discovery Cutoff | 6/15/2012 | Fri |
| Summary judgment motions --last day to file | 6/28/2012 | Thu |
| Summary judgment hearings [noticed date on Court calendar] | 7/20/2012 | Fri |
| Motions in Limine, Trial Evidence List, Contentions of Fact and Law | 8/30/2012 | Thu |
| Pretrial conference | 10/12/2012 | Fri |
| Trial starts | 10/29/2012 | Mon |

Dated:  April 25, 2011

| KENYON & KENYON | TOUSLEY BRAIN STEPHENS PLLC |
|---|---|
| By: */s/Antony Pfeffer* | By: */s/Chase Alvord* |
| Richard DeLucia | Kim D. Stephens, WSBA #11984 |
| rdelucia@kenyon.com | kstephens@tousley.com |
| Antony Pfeffer | Mark Deife, WSBA#15532 |
| apfeffer@kenyon.com | mdeife@tousley.com |
| One Broadway | Chase Alvord, WSBA #26080 |
| New York, NY 10004 | calvord@tousley.com |
| P:  212-425-7200 | 1700 Seventh Avenue, Suite 2200 |
| *Admitted Pro Hac Vice for Defendants* | Seattle, Washington 98101 |
| | Phone: 206.682.5600 |
| DAVIS WRIGHT TREMAINE LLP | Fax: 206.682.2992 |
| Marvin Gray, Jr., WSBA #5161 | |
| montygray@dwt.com | LAW OFFICE OF CHRISTIAN E. MAMMEN |
| Cassandra L Kennan, WSBA #22845 | Christian Mammen WSBA #23493 |
| cassandrakennan@dwt.com | cmammen@mammenlaw.com |
| 1201 Third Ave, Ste 2200 | PO Box 9351 |
| Seattle, WA 98101 | Berkeley, CA 94709 |
| P:  206-757-8054 | Phone: 510.868.8107 |
| F:  206-757-7054 | Fax: 510.868.0293 |
| *Attorneys for Defendants* | |

AMENDED JOINT STATUS REPORT AND DISCOVERY PLAN
(NO. 11-CV-00035-JLR)                          - 9 -
915589.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

| | |
|---|---|
| 1 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 2 | Jonathan Selbin, Cal. Bar #170222 |
| | jselbin@lchb.com |
| 3 | Jennifer Gross, Cal Bar #174122 |
| | jgross@lchb.com |
| 4 | 250 Hudson Street, 8th Floor |
| | New York, NY 10013-1413 |
| 5 | Phone: 212.355.9500 |
| 6 | Fax: 212.355.9592 |
| 7 | Eric Fastiff, Cal. Bar #182260 |
| | efastiff@lchb.com |
| 8 | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| 9 | Phone: 415.956.1000 |
| 10 | Fax: 415.956.1008 |
| 11 | *Attorneys for Plaintiff* |

AMENDED JOINT STATUS REPORT AND DISCOVERY PLAN
(NO. 11-CV-00035-JLR)    - 10 -
915589.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

Dated this 25th day of April, 2011.

TOUSLEY BRAIN STEPHENS PLLC


By: */s/Chase C. Alvord*
Kim D. Stephens, WSBA #11984
kstephens@tousley.com
Mark Deife, WSBA#15532
mdeife@tousley.com
Chase Alvord, WSBA #26080
calvord@tousley.com
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Phone: 206.682.5600
Fax: 206.682.2992

AMENDED JOINT STATUS REPORT AND DISCOVERY PLAN
(NO. 11-CV-00035-JLR)           - 11 -
915589.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992