The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEEP9 CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BARNES & NOBLE, INC. and<br>BARNESANDNOBLE.COM LLC,<br><br>        Defendants. | CASE NO. 2:11-CV-00035-JLR<br><br>**DEFENDANTS' MOTION FOR COSTS**<br><br>**NOTED FOR:  NOVEMBER 2, 2012**<br><br>**CLERK'S ACTION REQUIRED**<br><br>Costs To Be Taxed: **$45,271.26** |

On September 21, 2012, the Court entered judgment in favor of Defendants Barnes & Noble, Inc. and barnesandnoble.com llc (collectively, "Barnes & Noble") and against Plaintiff Deep9 Corporation ("Deep9"). (*See* Dkt. No. 277.)  Barnes & Noble now submits this Motion for Costs pursuant to CR 54(d) and 28 U.S.C. § 1920.  The detailed costs are set forth below.

The costs itemized below constitute taxable costs that were reasonably and necessarily incurred by Barnes & Noble in this case.  The Declaration of Charles A. Basinger in support of these costs is attached hereto as Appendix A.  Exhibits 2-4 to that declaration contain true and correct copies of the invoices substantiating these costs.

DEFENDANTS' MOTION FOR COSTS
CASE No. 2:11-CV-00035-JLR

1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA  94111
(415) 875-6600

# DEFENDANTS' ITEMIZED COSTS

A. <u>Fees For Printed or Electronically Recorded Transcripts</u>

      (i) Deposition Transcripts

The below table lists the deposition transcripts that were necessarily obtained by Barnes & Noble for use in this litigation and are properly recoverable under 28 U.S.C. § 1920(2). (*See* Basinger Decl. at ¶ 4.)

| Date/Invoice # | Deponent | Transcript | Vendor | Invoice Total |
|---|---|---|---|---|
| Apr. 23, 2012 424793 | Sudeep Narain | Transcript with Video | Barkley Court Reporters | $ 1,489.40 |
| Apr. 26, 2012 425330 | Ravi Gopalakrishnan | Transcript with Video | Barkley Court Reporters | $ 1,304.00 |
| Apr. 26, 2012 23648-2 | Chris Winberry | Transcript with Video | Greenhouse Reporting, Inc. | $ 1,109.33 |
| May 18, 2012 1001980 | David Campbell (Vol. 1) | Transcript with Video | Aptus Court Reporting | $ 4,942.88 |
| May 18, 2012 1001982 | David Campbell (Vol. 2) | Transcript with Video | Aptus Court Reporting | $ 2,029.53 |
| May 23, 2012 426851 | Ranju Das | Transcript with Video | Barkley Court Reporters | $ 1,934.64 |
| Jun. 4, 2012 23671-3 | John McDermott | Transcript with Video | Greenhouse Reporting, Inc. | $ 2,057.30 |
| Jul. 3, 2012 23752-3 | Mark Gallagher | Transcript with Video | Greenhouse Reporting, Inc. | $ 1,143.19 |
| Jul. 6, 2012 23751-3 | Dr. Benjamin Goldberg | Transcript with Video | Greenhouse Reporting, Inc. | $ 782.13 |
| Jul. 16, 2012 1002323 | David Campbell (Vol. 3) | Transcript with Video | Aptus Court Reporting | $ 1,251.64 |
| Jul. 20, 2012 1002353 | Russell W. Mangum III, Ph.D | Transcript with Video | Aptus Court Reporting | $ 3,890.36 |
| Jul. 20, 2012 1002434 | Stephen Gray | Transcript with Video | Aptus Court Reporting | $ 6,136.45 |
| | | | **Total:** | **$28,070.85** |

(ii) Hearing Transcripts

The transcript of the summary judgment hearing was also necessarily obtained by Barnes & Noble for use in this litigation and is properly recoverable under 28 U.S.C. § 1920(2).  (*See id.* at ¶ 6.)

| Proceeding | Transcript | Invoice Total |
|---|---|---|
| Summary Judgment Hearing | Electronic Transcript | $ 268.25 |

B. Fees for Exemplification and the Costs of Making Copies of any Necessary Materials

The photocopying costs shown below were incurred by Barnes & Noble and are properly recoverable under 28 U.S.C. § 1920(4). (*See id.* at ¶ 4.)

| Invoice Date | Description | Invoice Total |
|---|---|---|
| May 18, 2012 | Photocopies | $ 4,540.60 |
| Jun. 27, 2012 | Photocopies | $ 426.25 |
| Jul. 27, 2012 | Photocopies | $ 4,665.21 |
| Aug. 29, 2012 | Photocopies | $ 2,800.10 |
| | | **Total: $12,432.16** |

Fees for professional graphics support are also recoverable under 28 U.S.C. § 1920(4). Barnes & Noble necessarily incurred the below cost for graphics support at the summary judgment hearing on September 21, 2012. (*See id.* at ¶ 5.)

| Entity | Proceedings | Invoice Total |
|---|---|---|
| Resonant Legal Media | Summary Judgment Hearing | $ 4,500.00 |

**CONCLUSION**

Barnes & Noble respectfully requests that the Court grant costs in the amount of **$45,271.26**, as summarized below.

| Description | Cost |
|---|---|
| Printed and electronically recorded transcripts – depositions | $ 28,070.85 |
| Printed and electronically recorded transcripts – hearing | $ 268.25 |
| Fees for exemplification and copies – photocopies | $ 12,432.16 |
| Printed and electronically recorded transcripts – graphics support | $ 4,500.00 |
| **Total** | **$ 45,271.26** |

DATED:  October 12, 2012

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Attorneys for Defendants


By _s/David Eiseman_
David Eiseman (Pro Hac Vice)

50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone:  (415) 875 6600
E-mail:  davideiseman@quinnemanuel.com

Jeffrey S. Gerchick (Pro Hac Vice)
Charles Basinger (Pro Hac Vice)
1299 Pennsylvania Ave NW
Suite 825
Washington, D.C.  20004
Telephone:  (202) 538-8000
E-mail:  jeffgerchick@quinnemanuel.com
                charlesbasinger@quinnemanuel.com

Kenyon & Kenyon
Attorneys for Defendants

Richard L. DeLucia (Pro Hac Vice)
A. Antony Pfeffer (Pro Hac Vice)
Vincent Rubino (Pro Hac Vice)
One Broadway
New York, New York 10004
Telephone: (212) 425-7200
E-mail:rdelucia@kenyon.com
           apfeffer@kenyon.com
           vrubino@kenyon.com

1

2

Davis Wright Tremaine LLP
Attorneys for Defendants

3

4

Marvin L. Gray, Jr., WSBA #5161
Cassandra L. Kennan, WSBA #22845
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: montygray@dwt.com
      cassandrakennan@dwt.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2         I  hereby certify that on October 12, 2012, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system which will send notifications of such filing to all

4   counsel of record.

5

6         Dated this 12th day of October, 2012.

7                                                          By   _/s/_ David Eiseman_____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# APPENDIX A

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEEP9 CORPORATION,

Plaintiff,

v.

BARNES & NOBLE, INC. and
BARNESANDNOBLE.COM LLC,

Defendants.

CASE NO. 2:11-CV-00035-JLR

**DECLARATION OF CHARLES A.
BASINGER IN SUPPORT OF
DEFENDANTS' MOTION FOR COSTS**

I, Charles A. Basinger, do declare as follows:

1.      I am an attorney admitted to practice in the District of Columbia, and I am a member of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP.  I represent defendants Barnes & Noble, Inc. and barnesandnoble.com llc in this action.

2.      I have knowledge of the matters set forth in this Declaration based on my personal involvement and investigation into the subject matter set forth in the attached exhibits.  The items reflected in Defendants' Motion for Costs are supported by the exhibits and invoices attached hereto.

3.      On September 21, 2012, Judgment was entered in favor of Defendants and against Plaintiff Deep9, Inc.   A true and correct copy of the Judgment is attached hereto as Exhibit 1.

1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1299 PENNSYLVANIA AVENUE NW, SUITE 825
WASHINGTON, D.C.  20004
(202) 538-8000

1    4.    Attached hereto as Exhibit 2 are true and correct copies of redacted excerpts of

2  the invoices reflecting (1) the costs of printed and electronically recorded deposition transcripts,

3  and (2) the costs of photocopies.

4    5.    Attached hereto as Exhibit 3 is a true and correct copy of the invoice reflecting

5  the costs for professional graphics support for the summary judgment hearing.

6    6.    Attached hereto as Exhibit 4 is a true and correct copy of the invoice reflecting

7  the cost for the transcript of the summary judgment hearing.

8    I declare under penalty of perjury that the foregoing costs are correct and were

9  necessarily incurred in this action and that the services for which fees have been charged were

10  actually and necessarily performed.

11    Executed on October 12, 2012 in Washington, D.C.

14

15                              _____

16                                Charles A. Basinger

DECLARATION OF CHARLES A. BASINGER       2       QUINN EMANUEL URQUHART & SULLIVAN, LLP
CASE NO. 2:11-CV-00035-JLR                        1299 PENNSYLVANIA AVENUE NW, SUITE 825
                                             WASHINGTON, D.C.  20004

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to all counsel of record.


Dated this 12th day of October, 2012.

By  _/s/  David Eiseman_____

# EXHIBIT 1

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DEEP9 CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>BARNES & NOBLE, INC., et al.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C11-0035JLR |

☐ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

The court grants summary judgment in favor of Defendants Barnes & Noble, Inc. and barnesandnoble.com, LLC.

Filed this 21st day of September, 2012.

WILLIAM M. MCCOOL
Clerk of Court

s/Mary Duett
Deputy Clerk

# EXHIBIT 2

# Kenyon & Kenyon LLP
### ONE BROADWAY
### NEW YORK, N.Y. 10004
### Tel. 212-425-7200
### I.D. 13-5607139



URGENT MAY 3 0 2012

Barnes & Noble, Inc.
122 Fifth Avenue
New York, NY 10011

Attn:   General Counsel

May 18, 2012

Invoice # 860429

*For professional services and disbursements from April 1, 2012 through April 30, 2012.*

**Total This Invoice**

Make Checks Payable to: Kenyon & Kenyon LLP

Or





Barnes & Noble, Inc.
122 Fifth Avenue
New York, NY  10011

Attn:    General Counsel

**KENYON & KENYON LLP**
One Broadway
New York, N.Y.  10004
I.D.  13-5607139

May 18, 2012
Invoice# 860429

*For professional services and disbursements from April 1, 2012 through April 30, 2012.*

**Re: Deep9 Corporation v. Barnes & Noble, Inc. and Barnesandnoble.com, Civil Action No. 2:11-cv-00035, W.D. WA (Seattle) [6]**

<u>**Services**</u>

Tel. 212-425-7200      **KENYON & KENYON LLP**      One Broadway
New York, N.Y. 10004

## Attorney / Paralegal Summary

| | Hours | Hourly Rate | Total |
|---|---|---|---|
| ■■■■■■■ | ■■■ | ■■■■ | ■■■■ |
| ■■■■■■■■ | | | |
| ■■■ | ■■■ | ■■■ | ■■■■ |
| | ■■■ | | ■■■■ |
| | **Services This Matter** | | ■■■■ |

## Disbursements

| | |
|---|---|
| Photocopies | 4,540.60 |
| Federal Express | 207.92 |
| Library – Lexis | 206.44 |
| Outside Reproduction | 77.03 |
| Processing Native | 2,470.00 |
| Travel Expense - Airfare | 3,040.00 |
| Travel Expense - Car Fare (Parking, Mileage, etc.) | 240.51 |
| Travel Expense - Car Rental | 563.68 |
| Travel Expense - Lodging | 3,137.12 |
| Travel Expense - Meals | 447.51 |
| VENDOR: Barkley Court Reporters; INVOICE#: 424793; DATE: 4/23/2012 - DEPOSITION OF SUDEEP NARAIN | 1,489.40 |
| VENDOR: Barkley Court Reporters; INVOICE#: 425330; DATE: 4/26/2012 - DEPOSITION OF RAVI GOPALAKRISHNAN | 1,304.00 |
| ■■■■■■■■■■■■■■■■■■■■■■ | ■■■■ |
| VENDOR: MercuryIQ; INVOICE#: 00216; DATE: 3/31/12 - Document production | 40,119.57 |
| VENDOR: TransPerfect Document Management, Inc.; INVOICE#: B&NV.MICROSOFT/2-2; DATE: 2/29/12 - Document production | 2,626.63 |

                                             **Disbursements This Matter**     ■■■■■

                                                   **Total This Matter**     ■■■■

### Historical Matter Summary

| | This Bill | Calendar Year To Date * | Matter Total To Date * |
|---|---|---|---|
| | | * Inclusive of This Bill | |
| Fees: | $ ■■■■■■ | ■■■■■ | ■■■■■ |

Tel. 212-425-7200 **KENYON & KENYON LLP** One Broadway
New York, N.Y. 10004

## Historical Matter Summary

| | This Bill | Calendar Year To Date * | Matter Total To Date * |
|---|---|---|---|
| | |  |  |
| Disbursements: Total: | | | |

Total This Invoice
Courtesy Discount
Total Amount Due



11

**Kenyon & Kenyon LLP**
**ONE BROADWAY**
**NEW YORK, N.Y. 10004**
**Tel. 212-425-7200**
**I.D. 13-5607139**

URGENT MAY 3 0 2012

May 18, 2012

Barnes & Noble, Inc.
122 Fifth Avenue
New York, NY  10011

Attn:  General Counsel

For professional services and disbursements from April 1, 2012 through April 30, 2012

| Bill Num | Matter | Matter Name | Total |
|----------|--------|-------------|-------|
|          | 6      | Deep9 Corporation v. Barnes & Noble, Inc |  |
|          |        |             |  |
|          |        |             |  |





**Kenyon & Kenyon LLP**
ONE BROADWAY
NEW YORK, N.Y. 10004
Tel. 212-425-7200
I.D. 13-5607139

RECEIVED
JUL 0 2 2012

⌐ URGENT JUL 1 9 2012

June 27, 2012

Barnes & Noble, Inc.
122 Fifth Avenue
New York, NY  10011

Attn:  General Counsel

For professional services and disbursements from May 1, 2012 through May 31, 2012

| Bill Num | Matter | Matter Name | Total |
|---|---|---|---|
| ■ | ▮ | Deep9 Corporation v. Barnes & Noble, Inc | ■ ■ |
| | | | ■ |





# Kenyon & Kenyon LLP

ONE BROADWAY
NEW YORK, N.Y. 10004
Tel. 212-425-7200
I.D. 13-5607139

Barnes & Noble, Inc.
122 Fifth Avenue
New York, NY 10011

June 27, 2012

Invoice # 861689

Attn:   General Counsel

*For professional services and disbursements from May 1, 2012 through May 31, 2012.*

**Total This Invoice**               ███████

Barnes & Noble, Inc.
122 Fifth Avenue
New York, NY 10011

Attn:   General Counsel

**KENYON & KENYON LLP**
One Broadway
New York, N.Y. 10004
I.D. 13-5607139

June 27, 2012
Invoice# 861689

*For professional services and disbursements from May 1, 2012 through May 31, 2012.*

**Re: Deep9 Corporation v. Barnes & Noble, Inc. and Barnesandnoble.com, Civil Action No. 2:11-cv-00035, W.D. WA (Seattle) [6]**



Tel. 212-425-7200 **KENYON & KENYON LLP** One Broadway
New York, N.Y. 10004

## Attorney / Paralegal Summary

| | Hours | Hourly Rate | Total |
|---|---|---|---|
| ██████████ | ████ | ████ | ████ |
| ████████ | | | |
| ██████████ | ████ | ████ | ████ |
| ██████ | | | |
| ████████ | ████ | ████ | ████ |
| ██████████ | | | |
| ████████ | ████ | ████ | ████ |
| ████████ | | | |
| ██████ | ████ | ████ | ████ |
| | ████ | | ████ |

**Services This Matter** ████

## Disbursements

| | |
|---|---|
| Photocopies | 426.25 |
| Electronic Document Processing - Branding | 1,114.64 |
| Federal Express | 160.13 |
| Library - Lexis | 624.17 |
| Library - Westlaw | 3,829.37 |
| Local Meals (Non Travel Related) | 612.14 |
| Outside Reproduction | 458.38 |
| Processing Native | 282.50 |
| Processing TIFFS (Including TIFFing and Extracting Metadata and Full Text) | 2,229.28 |
| Travel Expense - Airfare | 1,699.60 |
| Travel Expense - Car Fare (Parking, Mileage, etc.) | 22.00 |
| Travel Expense - Car Rental | 326.50 |
| Travel Expense - Lodging | 514.46 |
| Travel Expense - Meals | 66.29 |
| | (374.67) |
| ████████████████ | ████ |

15136 - WEIS02 Page 14

Tel. 212-425-7200 **KENYON & KENYON LLP** One Broadway
New York, N.Y. 10004

| | |
|---|---:|
| VENDOR: Aptus Court Reporting; INVOICE#: 1001980; DATE: 5/18/2012 - DEPOSITION OF R. DAVID L. CAMPBELL | 4,942.88 |
| VENDOR: Aptus Court Reporting; INVOICE#: 1001982; DATE: 5/18/2012 - DEPOSITION OF R. DAVID L. CAMPBELL | 2,029.53 |
| VENDOR: Barkley Court Reporters; INVOICE#: 425623; DATE: 5/1/2012 - DEPOSITION OF SUDEEP NARAIN | 75.00 |
| VENDOR: Barkley Court Reporters; INVOICE#: 425622; DATE: 5/1/2012 - DEPOSITION OF RAVI GOPALAKRISHNAN | 75.00 |
| VENDOR: Greenhouse Reporting, Inc.; INVOICE#: 23648-2; DATE: 5/17/2012 - DEPOSITION OF CHRIS WINBERRY, 4/26/12 | 628.04 |
| VENDOR: Greenhouse Reporting, Inc.; INVOICE#: 23647-2; DATE: 5/17/2012 - DEPOSITION OF CHRIS WINBERRY, 4/26/12 | 1,109.33 |

**Disbursements This Matter** 

**Total This Matter**

### Historical Matter Summary

| | This Bill | Calendar Year To Date * | Matter Total To Date * |
|---|---|---|---|
| | |  | |
| Fees: | | | |
| Disbursements: | | | |
| Total: | | | |

**Total This Invoice**
**Courtesy Discount**
**Total Amount Due** 



URGENT SEP 1 3 2012



**Kenyon & Kenyon LLP**
ONE BROADWAY
NEW YORK, N.Y. 10004
Tel. 212-425-7200
I.D. 13-5607139



Barnes & Noble, Inc.
122 Fifth Avenue
New York, NY 10011

**RECEIVED**

July 25, 2012

JUL 2 7 2012

Attn: General Counsel



For professional services and disbursements from June 1, 2012 through June 30, 2012

| Bill Num | Matter | Matter Name | Total |
|---|---|---|---|
| ■ | 6 | Deep9 Corporation v. Barnes & Noble, Inc | ■ |
|  |  |  |  |

# Kenyon & Kenyon LLP
ONE BROADWAY
NEW YORK, N.Y. 10004
Tel. 212-425-7200
I.D. 13-5607139

Barnes & Noble, Inc.
122 Fifth Avenue
New York, NY 10011

July 24, 2012

Invoice # 865996

Attn:    General Counsel

_For professional services and disbursements from June 1, 2012 through June 30, 2012._

**Total This Invoice**            ██████████

Make Checks Payable to: Kenyon & Kenyon LLP

Or



Tel. 212-425-7200 **KENYON & KENYON LLP** One Broadway
New York, N.Y. 10004



**Attorney / Paralegal Summary**

| | Hours | Hourly Rate | Total |
|---|---|---|---|

**Partner**

Tel. 212-425-7200     **KENYON & KENYON LLP**      One Broadway
New York, N.Y. 10004

## Attorney / Paralegal Summary

| | Hours | Hourly Rate | Total |
|---|---|---|---|
| **Legal Intern** | | | |
| ███████ | ███ | ███ | ███ |
| ████████████ | | | |
| ██████ | ██ | ███ | ███ |
| ████████ | | | |
| ████ | ██ | ███ | ███ |
| | ██ | | ███ |
| | **Services This Matter** | | ███ |

## Disbursements

| | |
|---|---|
| Color Copies | 408.40 |
| Electronic Document Processing - Branding | 36.67 |
| Federal Express | 132.72 |
| Library - Lexis | 1,281.98 |
| Library - Other Expense | 66.20 |
| Library - Patent Imaging Corporation (DA) | 1,634.33 |
| Library - Westlaw | 1,439.45 |
| Photocopies | 4,665.21 |
| Processing Native | 1,028.00 |
| Processing TIFFS (Including TIFFing and Extracting Metadata and Full Text) | 73.34 |
| Travel Expense - Airfare | 3,299.60 |
| Travel Expense - Lodging | 514.46 |
| ████████████████████████ | ████ |
| ████████████████████████ | ███ |
| VENDOR: Barkley Court Reporters; Invoice # -426851; DATE: 5/23/2012 - Deposition of Ranju Das. | 1,934.64 |
| VENDOR: Greenhouse Reporting, Inc.; Invoice#: 23671-3; DATE: 6/4/2012 - Deposition of John McDermott. | 2,057.30 |
| VENDOR: Greenhouse Reporting, Inc.; Invoice#: 23672-3; DATE: 6/4/2012 - Deposition of John McDermott. | 708.98 |

**Disbursements This Matter**      ████



Tel. 212-425-7200     **KENYON & KENYON LLP**     One Broadway
New York, N.Y. 10004

**Total This Matter**  

### Historical Matter Summary

| | This Bill | Calendar Year To Date * | Matter Total To Date * |
|---|---|---|---|
| | |  |  |
| Fees: | | | |
| Disbursements: |  | | |
| Total: | | | |

**Total This Invoice**
**Courtesy Discount**
**Total Amount Due** 

# Kenyon & Kenyon LLP
## ONE BROADWAY
## NEW YORK, N.Y. 10004
## Tel. 212-425-7200
## I.D. 13-5607139

August 29, 2012

Barnes & Noble, Inc.
122 Fifth Avenue
New York, NY  10011

Attn:  General Counsel

For professional services and disbursements from July 1, 2012 through July 31, 2012

| Bill Num | Matter | Matter Name | Total |
|---|---|---|---|
| ███ | 6 | Deep9 Corporation v. Barnes & Noble, Inc | █ ███ |
| ███ | █ | ████████████████ ██ | ████ |
| | | | ██████ |

# Kenyon & Kenyon LLP
ONE BROADWAY
NEW YORK, N.Y. 10004
Tel. 212-425-7200
I.D. 13-5607139

Barnes & Noble, Inc.
122 Fifth Avenue
New York, NY 10011

August 29, 2012

Invoice # 869366

Attn:   General Counsel

*For professional services and disbursements from July 1 through July 31, 2012*

**Total This Invoice** ▬▬▬

Make Checks Payable to: Kenyon & Kenyon LLP

Or



Tel. 212-425-7200 **KENYON & KENYON LLP** One Broadway
New York, N.Y. 10004

---

**Attorney / Paralegal Summary**

| | Hours | Hourly Rate | Total |
|---|---|---|---|
| ██████████ | ████ | █████ | ████ |
| ████ | | | |
| █████ | ███ | ███ | ███ |
| ██████ | | | |
| █████ | ██ | ███ | ███ |
| ███ ███ | | | |
| ███ | ███ | ███ | ███ |
| | ██ | | ██ |

**Services This Matter** ████████

---

**Disbursements**

| | |
|---|---|
| Color Copies & Photocopies ████████ | 2,800.10 |
| | ████ |
| Telephone & Telephone Conferencing Services | 100.75 |
| Travel/Meal Expenses | 6,906.46 |
| Federal Express | 2,893.48 |
| Outside Reproduction | 121.46 |
| VENDOR: Aptus Court Reporting; INVOICE#: 1002434; DATE: 7/20/2012 - DEPOSITION OF STEPHEN GRAY | 6,136.45 |
| VENDOR: Aptus Court Reporting; INVOICE#: 1002353; DATE: 7/20/2012 - DEPOSITION OF RUSSELL W. MANGUM III, Ph.D | 3,890.36 |
| VENDOR: Greenhouse Reporting, Inc.; INVOICE#: 23752-3; DATE: 7/27/2012 - DEPOSITION OF MARK GALLAGHER, 7/3/12 | 1,143.19 |
| VENDOR: Greenhouse Reporting, Inc.; INVOICE#: 23751-3; DATE: 7/27/2012 - DEPOSITION OF DR BENJAMIN GOLDBERG, 7/6/12 | 782.13 |
| VENDOR: Aptus Court Reporting; INVOICE#: 1002323; DATE: 7/16/12 - Deposition transcript re: David R. Campbell V3 | 1,251.64 |

**Disbursements This Matter** ████████

---



Tel. 212-425-7200 **KENYON & KENYON LLP** One Broadway
New York, N.Y.  10004

**Total This Matter** ████████

**Historical Matter Summary**

|  | This Bill | Calendar Year To Date * | Matter Total To Date * |
|---|---|---|---|

*\* Inclusive of This Bill*

Fees:

**Total This Invoice**
**Courtesy Discount** 
**Total Amount Due**

# EXHIBIT 3



413 S. WASHINGTON STREET \ ALEXANDRIA VA 22314 \ 800.781.3591

September 26, 2012

Jeff Gerchick
Quinn Emanuel
1299 Pennsylvania Avenue, N.W.
Suite 825
Washington, DC 20004

*Re: Deep9 Corporation v. Barnes & Noble, Inc.*

Dear Jeff,

Please find attached an invoice in the amount of $4,500.00. This invoice includes billable
professional services for the period 09/01/2012 through the 09/30/2012.

If you have any questions, please call me at (202) 341-5444.

Best regards,

Guy Joubert
Principal

## Invoice Remittance

Jeff Gerchick
Quinn Emanuel
1299 Pennsylvania Avenue, N.W.
Suite 825
Washington, DC 20004

September 26, 2012
Resonant Invoice No. 1209-019
Terms NET 30
Federal ID No. 20-4734326

*Re: Deep9 Corporation v. Barnes & Noble, Inc.*

Current Invoice Period: 09/01/2012 – 09/30/2012

## Professional Services                                    $4,500.00

## Total Amount Due                                         $4,500.00

**Please Remit Payment to:**
Resonant Legal Media, LLC
413 S. Washington Street
Alexandria VA 22314

**( resonant | legal media )))**

From | **RLM**
413 S. Washington Street
Alexandria, Virginia 22314
United States

| | |
|---|---|
| Invoice Number | **1209-019** |
| Invoice Date | 09/26/2012 |
| Due Date | 10/26/2012 (Net 30) |
| Matter | Deep9 Corporation v. Barnes & Noble Inc., et al. |

Invoice For | **Quinn Emanuel Urquhart & Sullivan**

| Type | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| Professional Fees | Deep9 Corporation v. Barnes & Noble Inc., et al. - 09/09/2012 - Communication Design / Annett Schulze | 2.00 | $225.00 | **$450.00** |
| Professional Fees | Deep9 Corporation v. Barnes & Noble Inc., et al. - 09/10/2012 - Communication Design / Annett Schulze | 13.00 | $225.00 | **$2,925.00** |
| Professional Fees | Deep9 Corporation v. Barnes & Noble Inc., et al. - 09/11/2012 - Communication Design / Annett Schulze | 5.00 | $225.00 | **$1,125.00** |

**Amount Due**    **$4,500.00**

# EXHIBIT 4

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

INVOICE NO: 00000527

### MAKE CHECKS PAYABLE TO:

Charles Basinger
Quinn Emanuel Urquhart & Sullivan
1299 Pennsylvania Ave. NW
Suite 825
Washington, DC

Phone:

Kari McGrath, RMR, CRR
United States Court Reporter
U.S. Courthouse
700 Stewart Street, Suite 17205
Seattle, WA 98101

Phone:     (206) 370-8509

Tax ID:   27-0257329
kari_mcgrath@wawd.uscourts.gov

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 09-13-2012 | DATE DELIVERED: 09-13-2012 |
|---|---|---|

**Case Style:** C11-35JLR, Deep9 Corporation v Barnes & Noble, et al.
Oral Argument held on 9-11-12

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 37 | 7.25 | 268.25 | | | | | | | 268.25 |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 268.25 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $268.25 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 09-24-2012 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*