THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEEP9 CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BARNES & NOBLE, INC. and<br>BARNESANDNOBLE.COM, LLC,<br><br>Defendants. | No. 2:11-cv-00035-JLR<br><br>NOTICE OF APPEAL |

Notice is hereby given that Deep9 Corporation, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment (Dkt. No. 277) and Order Granting Summary Judgment (Dkt. No. 276) in favor of defendants entered in this action on the 21st day of September, 2012.

Dated this 16th day of October, 2012.

HOGAN LOVELLS US LLP

By: */s/ Christian Mammen*
Christian Mammen, WSBA #23493
chris.mammen@hoganlovells.com
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
Phone: 415.374.2300
Fax: 415.374.2499

NOTICE OF APPEAL
(NO. 2:11-CV-00035-JLR) - 1
4354/004/260729.1
\\040303/000001 - 1027666 v1

HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
TEL. 415.374.2300 FAX 415.374.2499

| | |
|---|---|
| 1 | TOUSLEY BRAIN STEPHENS PLLC |
| | Kim D. Stephens, WSBA #11984 |
| 2 | kstephens@tousley.com |
| | Mark Deife, WSBA #15532 |
| 3 | mdeife@tousley.com |
| | Chase Alvord, WSBA #26080 |
| 4 | calvord@tousley.com |
| | Cale L. Ehrlich, WSBA #44359 |
| 5 | cehrlich@tousley.com |
| | 1700 Seventh Avenue, Suite 2200 |
| 6 | Seattle, Washington 98101 |
| 7 | Phone: 206.682.5600 |
| | Fax: 206.682.2992 |
| 8 | |
| 9 | |
| | LIEFF CABRASER HEIMANN & |
| 10 | BERNSTEIN, LLP |
| | Eric B. Fastiff (*admitted pro hac vice*) |
| 11 | efastiff@lchb.com |
| | David T. Rudolph (*admitted pro hac vice*) |
| 12 | drudolph@lchb.com |
| | 275 Battery Street, 29th Floor |
| 13 | San Francisco, CA 94111-3339 |
| 14 | Phone: 415.956.1000 |
| | Fax: 415.956.1008 |
| 15 | |
| | Jonathan Selbin (*admitted pro hac vice*) |
| 16 | jselbin@lchb.com |
| | Michael Miarmi (*admitted pro hac vice*) |
| 17 | mmiarmi@lchb.com |
| | Rachel Geman (*admitted pro hac vice*) |
| 18 | rgeman@lchb.com |
| 19 | 250 Hudson Street, 8th Floor |
| | New York, NY 10013-1413 |
| 20 | Phone: 212.355.9500 |
| | Fax: 212.355.9592 |
| 21 | *Attorneys for Plaintiff* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

NOTICE OF APPEAL
(NO. 2:11-CV-00035-JLR) - 2
4354/004/260729.1
\\040303/000001 - 1027666 v1

**HOGAN LOVELLS US LLP**
3 Embarcadero Center, Suite 1500
San Francisco, California  94111
TEL. 415.374.2300 FAX 415.374.2499

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to all counsel of record.

Dated this 16th day of October, 2012.

    HOGAN LOVELLS US LLP

    By: */s/ Christian Mammen*
    Christian Mammen, WSBA #23493
    chris.mammen@hoganlovells.com
    3 Embarcadero Center, Suite 1500
    San Francisco, CA 94111
    Phone: 415.374.2300
    Fax: 415.374.2499

NOTICE OF APPEAL
(NO. 2:11-CV-00035-JLR) - 3
4354/004/260729.1
\\040303/000001 - 1027666 v1

**HOGAN LOVELLS US LLP**
3 Embarcadero Center, Suite 1500
San Francisco, California  94111
TEL. 415.374.2300 FAX 415.374.2499